NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Paula D. Pearlman
Shawna L. Parks
Tiffany A. Green
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Telephone: (213) 736-1031
Additional attorneys listed on Attachment to Certification and Notice of Interested Parties

ATTORNEYS FOR PETER JOHNSON, DONALD PETERSON, and MICHAEL CURFMAN, on behalf of themselves and all other similarly situated

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PETER JOHNSON, DONALD PETERSON, and MICHAEL CURFMAN, on behalf of themselves and all other similarly situated
Plaintiff(s),

v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles
Defendant(s)

CASE NUMBER
CV08-03515 PSG JTLx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PETER JOHNSON, DONALD PETERSON, and MICHAEL CURFMAN, on behalf of themselves and all other similarly situated (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| PETER JOHNSON | Plaintiff |
| DONALD PETERSON | Plaintiff |
| MICHAEL CURFMAN | Plaintiff |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity | Defendant |
| LEROY BACA, as Sheriff of the County of Los Angeles | Defendant |
| COUNTY OF LOS ANGELES, a public entity | Defendant |
| MICHAEL D. ANTONOVICH, as Supervisor of the County of Los Angeles | Defendant |
| YVONNE B. BURKE, as Supervisor of the County of Los Angeles | Defendant |
| DON KNABE, as Supervisor of the County of Los Angeles | Defendant |
| GLORIA MOLINA, as Supervisor of the County of Los Angeles | Defendant |
| ZEV YAROSLAVSKY, as Supervisor of the County of Los Angeles | Defendant |

Date: 5/28/08

Sign: [signature]

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

# ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Mark Rosenbaum (State Bar No. 59940)
mrosenbaum@aclu-sc.org
Melinda Bird (State Bar No. 102236)
mbird@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500  Fax: (213) 250-3980

Dan Stormer (State Bar No. 101967)
dstormer@hskrr.com
C. Virginia Keeny (State Bar No. 139568)
vkeeny@hskrr.com
Lauren Teukolsky (State Bar No. 211381)
lauren@hskrr.com
Cornelia Dai (State Bar No. 207435)
cdai@hskrr.com
Hadsell, Stormer, Keeny, Richardson & Renick, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, California 91103
Tel: (626) 585-9600;  Fax: (626) 577-7079

John C. Ulin (State Bar No. 165524)
john.ulin@hellerehrman.com
Helen Cho Eckert (State Bar No. 240531)
helen.eckert@hellerehrman.com
Amanda N. Walker (State Bar No. 252380)
amanda.walker@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street
39th Floor
Los Angeles, CA 90071-1406
Tel: (213) 689-0200
Fax: (213) 614-1868

LA 444456 v1