1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles and COUNTY OF LOS ANGELES, a public entity; ~~MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY as Supervisors of the County of Los Angeles~~,<br><br>        Defendants.<br>_____ | Case No.<br><br>CV 08-03515 DDP (JTLx)<br><br>**SCHEDULING ORDER** |

    Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date. Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

    INITIAL DISCLOSURES 07-12-10, BY MAIL
    DISCOVERY CUT-OFF 01-31-11
    DEADLINE FOR EXPERT WITNESS DISCLOSURE 02-15-11
    REBUTTAL EXPERT WITNESS DISCLOSURE 03-04-11
    CLOSE OF EXPERT DISCOVERY 03-30-11
    LAST DAY TO FILE DISPOSITIVE MOTIONS 04-15-11
    FINAL PRE TRIAL CONFERENCE 05-16-11 at 11:00 a.m.
    10 DAY COURT TRIAL 06-07-11 at 9:00 a.m.

Dated: June 29, 2010

_____
DEAN D. PREGERSON
United States District Judge

2