PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
azuiderweg@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Los Angeles County
Sheriff's Department, and Sheriff Leroy Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angles,<br><br>  Defendants. | Case No. CV 08-03515 DDP (JTLx)<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>New Date:   January 3, 2011 (or on another date consistent with the Court's calendar and availability)<br>Time:   10:00 a.m.<br>Dept.:   3 |

1

JOHNSON,P\ Proposed Order re continue class cert

Pursuant to the stipulation of the parties and good cause appearing therefore, the Court hereby orders as follows:

- The hearing on Plaintiffs' Motion is continued from December 13, 2010 to January 3, 2011 (or on another date consistent with the Court's calendar and availability);
- Defendants' Opposition to Plaintiffs' Motion is continued from November 22, 2010 to December 6, 2010; and
- Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is continued from November 29, 2010 to December 20, 2010.

IT IS SO ORDERED.

Dated: _____          _____
                                 Honorable Dean D. Pregerson
                                 United States District Court Judge

JOHNSON,P\ Proposed Order re continue class cert