UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON, MICHAEL CURFMAN, ANDRE BUTLER, JOE GONZALEZ, COLUMBUS GRIGSBY, and DERRICK WHITE on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br> vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles<br>              Defendants | Case No. CV 08-03515 DDP (SHx)<br>  Honorable Dean D. Pregerson<br><br>**ORDER**<br>**GRANTING PLAINTIFFS'**<br>**MOTION FOR REASONABLE**<br>**ATTORNEY'S FEES** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REASONABLE
ATTORNEY'S FEES

1  The Court determines that, for the reasons stated in Plaintiffs' Memorandum
2  in Support of the Motion for Attorney's Fees, an award of fees and expenses of
3  $2,200,00.00 as provided by the Settlement Agreement as compensation for their
4  work on this lawsuit is warranted. The Court therefore awards fees and expenses to
5  Plaintiffs' counsel in the amount of $2,200,000.00.

**IT IS SO ORDERED.**

DATED: March 24, 2015   _____
The Honorable Dean D. Pregerson

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEY'S FEES

1