CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON, MICHAEL CURFMAN, ANDRE BUTLER, JOE GONZALEZ, COLUMBUS GRIGSBY, and DERRICK WHITE on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; JIM MCDONNELL, as Sheriff of the County of Los Angeles and COUNTY OF LOS ANGELES, a public entity,<br><br>　　　　　　　　Defendants | Case No. CV 08-03515 DDP (SHx)<br>　Honorable Dean D. Pregerson<br><br>**ORDER DISMISSING CASE, WITH PREJDUDICE, WITH RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT IF NECESSARY** |

1 | PURSUANT TO STIPULATION BETWEEN THE PARTIES, IT IS
2 | HEREBY ORDERED THAT:
3 | 1. Pursuant to the Settlement Agreement between the Parties, (*see*, Docket No.
4 | 210.2), the above-captioned action is dismissed with prejudice with the
5 | Court retaining jurisdiction over this action to enforce, if necessary,
6 | compliance with the provisions of the Settlement Agreement.
7 | **IT IS SO ORDERED.**

DATED: June 08, 2015

*[signature]*

The Honorable Dean D. Pregerson

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

2