1  MAX HUNTSMAN
   Inspector General, Bar No. 156780
2  CATHLEEN BELTZ
   Assistant Inspector General, Bar No. 245593
3  InspectorGeneral@oig.lacounty.gov
   OFFICE OF INSPECTOR GENERAL
4  312 South Hill Street, 3rd Floor
   Los Angeles, California 90013
5  Telephone: (213) 974-6100; Fax: (213) 974-9346

6  Monitors

7  **UNITED STATES DISTRICT COURT**

8  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles<br><br>Defendants. | CASE NO. CV 08-03515 DDP<br><br>**INSPECTOR GENERAL'S UPDATE PURSUANT TO ORDER GRANTING STIPULATION TO EXTEND THE SETTLEMENT TERM** |

# INSPECTOR GENERAL'S UPDATE PURSUANT TO ORDER GRANTING STIPULATION TO EXTEND THE SETTLEMENT TERM

The Los Angeles County Office of Inspector General ("OIG"), the Court-appointed Monitor in the above-captioned case, hereby reports that the Parties have met and conferred pursuant to the Court's Order Granting Stipulation to Extend the Settlement Term, dated May 14, 2019. The OIG respectfully submits this update to apprise the Court of the outcome of the meet and confer process.

## I. BACKGROUND

On March 24, 2015, the Court approved the Settlement Agreement ("Agreement") made and entered into by and between the Parties in the above-captioned case. Docket No. 220. The Agreement—comprised of forty-nine provisions—aims to ensure that "Defendants provide Class Members with non-discriminatory and meaningful access to programs, services, and activities available to non-mobility impaired inmates in all [Los Angeles County jail facilities]." Docket No. 210.2 at 2. The Agreement provides that the OIG shall prepare and submit to the Parties and the Court periodic reports evaluating Defendants' compliance with the Agreement. *Id.* at 11.

On April 26, 2019, the OIG submitted the *Inspector General's Fourth Implementation Status Report*. Docket No. 245. The OIG determined that as of

March 31, 2019, Defendants had achieved sustained compliance with, or had otherwise completed implementation of, twenty-seven provisions, substantial compliance with eight provisions, and partial compliance with fourteen provisions. *Id.* at 6.

On May 14, 2019, pursuant to stipulation between the Parties, the Court ordered an extension of the settlement term by one year to April 22, 2020.[1] Docket No. 237. In addition, the Court ordered that,

> [c]ounsel for the Parties shall, within 45 days, meet and confer for purposes of discussing the issues that have impacted efforts to reach sustained compliance on the terms that remain in partial compliance, and to discuss steps to address and/or resolve those issues, as well as steps for Defendants to reach compliance regarding all remaining provisions of the settlement agreement with a reasonable time frame, including with benchmarks where appropriate.

*Id.* at 3. The Court ordered the OIG to file this update setting forth the outcome of the meet and confer process within sixty days. *Id.*

---

[1] The Agreement was originally scheduled to terminate on April 22, 2018. In December 2017, the Court approved the first extension of the settlement term by one year to April 22, 2019. Docket No. 232.

INSPECTOR GENERAL'S
UPDATE PURSUANT TO ORDER
GRANTING STIPULATION TO
EXTEND THE SETTLEMENT
TERM

-3-

CV 08-03515 DDP

## II. MEET AND CONFER

The Parties met on June 25, 2019. Present on behalf of Plaintiffs were Aaron Fischer and Richard Diaz of Disability Rights California, Anna Rivera of Disability Rights Legal Center, and Peter Eliasberg of the American Civil Liberties Union. Present on behalf of Defendants were Timothy Kral of Los Angeles Office of the County Counsel and Justin Clark of Lawrence, Beach, Allen & Choi, PC.

Representatives from the Los Angeles County Sheriff's Department, Los Angeles County Department of Health Services – Correctional Health Services, and the OIG were also present.

The Parties discussed the issues that have hindered efforts to achieve sustained compliance with all fourteen provisions that remain in partial compliance, and the efforts being made to address those issues.

For the following three of the fourteen partial compliance provisions, the Parties agreed to hold further discussions to identify and resolve issues impacting compliance: F.1 – ADA Coordinator Duties; G.2 – ADA Grievances; and G.3 – Grievance Response Time.

The OIG has determined that six of the fourteen partial compliance provisions require consultation with subject matter experts before a sustained compliance finding can be made. Provisions C.4(f) – Additional Grab Bars and

INSPECTOR GENERAL'S
UPDATE PURSUANT TO ORDER
GRANTING STIPULATION TO
EXTEND THE SETTLEMENT
TERM

-4-

CV 08-03515 DDP

Shower Benches, C.4(g) – Construction of Accessible Beds, and B.1(a) – Access to Physical Therapy require consultation with an Americans with Disabilities Act physical access expert. Provisions D.1 – Initial Decisions and Ongoing Evaluations, D.2 – Secondary Reviews, and D.4 – Tracking Complications require consultation with a medical expert. The Parties have identified the physical access and medical experts and Defendants are making efforts to retain them as soon as possible. Defendants have also agreed to share the draft expert retainer agreement(s), as well as a proposed budget for expert services, with Plaintiffs and to consider Plaintiffs' input, as appropriate. For provision B.1(a) – Access to Physical Therapy, the Parties also agreed that Defendants will report back to Plaintiffs and the OIG, by August 24, 2019, with a plan to achieve sustained compliance.

For the remaining five of the fourteen partial compliance provisions, Defendants reported on their progress toward compliance; A.7 – Town Hall Meetings; B.2 – Outdoor Recreation Time; B.4 – Thermal Clothing; H.1 – Reasonable Accommodations; and K.1 – Transportation. The OIG will be assessing compliance with each provision consistent with agreed upon timelines.

As always, the OIG is available to answer any questions the Court may have regarding this update and will provide the *Inspector General's Fifth*

INSPECTOR GENERAL'S
UPDATE PURSUANT TO ORDER
GRANTING STIPULATION TO
EXTEND THE SETTLEMENT
TERM
-5-
CV 08-03515 DDP

*Implementation Status Report* to the Court on March 31, 2020.

Dated: July 11, 2019

Respectfully submitted,

By: _____
Max Huntsman
Inspector General
Los Angeles County Office of Inspector General

INSPECTOR GENERAL'S
UPDATE PURSUANT TO ORDER
GRANTING STIPULATION TO
EXTEND THE SETTLEMENT
TERM

-6-

CV 08-03515 DDP