# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, ANDRE BUTLER, JOE GONZALEZ, COLUMBUS GRIGSBY, and DERRICK WHITE on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity,<br><br>　　　　Defendants. | Case No. CV 08-03515 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE SETTLEMENT TERM**<br><br>[249] |

///
///
///
///
///
///

Pursuant to the Stipulation between the Parties herein, the Court hereby orders as follows:

1. The term of the settlement shall be extended by one (1) year to April 22, 2022; and
2. All remaining provisions of the settlement agreement are unchanged and shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated:   April 29, 2021         _____
                                Honorable Dean D. Pregerson
                                United States District Court Judge