**MELISSA CAMACHO**, SBN 264024
mcamacho@aclusocal.org
**TIFFANY BAILEY**, SBN 319886
tbailey@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. BOX 811370
Los Angeles, CA, 90081
Telephone No.: (213) 977-5255

**RICHARD DIAZ**, SBN 285459
richard.diaz@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
888 W 6th Street, Ste. 700
Los Angeles, CA 90017
Telephone No.: (213) 213-8127
Facsimile No.: (213) 213-8001

**BENJAMIN GIPSON**, SBN 222830
bengipson@dwt.com
**MATTHEW LADEW**, SBN 318215
mattladew@dwt.com
**JENNIFER YU,** SBN 341606
jenniferyu@dwt.com
Davis Wright Tremaine LLP
350 S. Grand Ave., 27th Floor
Los Angeles, CA 90071
Telephone No.: (213) 633-6800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, ANDRE BUTLER, JOE GONZALEZ, COLUMBUS GRIGSBY, and DERRICK WHITE on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; ROBERT LUNA, as Sheriff of the County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity,<br><br>          Defendants. | Case No. 2:08-cv-03515-MWF-Ex<br><br>Honorable Michael W. Fitzgerald<br><br>**STIPULATION TO EXTEND THE SETTLEMENT TERM**<br><br>[*Proposed*] *Order Lodged Concurrently Herewith*<br><br>Crtm:  5A |

1

Plaintiffs Peter Johnson, Donald Peterson, Andre Butler, Joe Gonzalez, Columbus Grigsby, Derrick White and Michael Curfman (collectively, "Plaintiffs") and Defendants Los Angeles County Sheriff's Department, Sheriff Robert Luna, and the County of Los Angeles (collectively, "Defendants") (collectively, "the Parties"), through their respective counsel of record, hereby enter into the following stipulation based on the following:

WHEREAS, the Parties reached a settlement in this matter, and the Court granted final approval of the Settlement Agreement ("Agreement") on March 24, 2015 (*See*, Docket No. 220);

WHEREAS, the Agreement requires Defendants to make various changes with respect to the housing of inmates with mobility impairments in Los Angeles County jail (*See*, Docket No. 210-2);

WHEREAS, pursuant to the agreement between the Parties, the term of the Agreement was three years from the "Effective Date," after which time its provisions will automatically terminate;

WHEREAS, the "Effective Date" was April 22, 2015, pursuant to which the settlement was set to expire on April 22, 2018;

WHEREAS, the Defendants have continued to work on implementation of the Agreement's terms, the Parties have stipulated to, and the Court has approved, extension of the Agreement's terms. (*See,* Docket Nos. 232, 237, 248, 250, 263, and 277).

WHEREAS, since the grant of final approval of the Agreement, the Parties have been working diligently to implement its term;

WHEREAS, some of the remaining Agreement terms involve consultation with subject-matter experts (such as, for example, and without limitation, Section C – Physical Accessibility) and the Office of the Inspector General noted in its Tenth Report that Defendants would likely not achieve compliance on remaining settlement terms "without additional extensions of the settlement term as agreed

2

to by the Parties and approved by this Court" (Docket No. 293);

WHEREAS, the Parties have met and conferred, and in light of the above, believe it is appropriate to extend the settlement term by one (1) year, to May 30, 2027, to allow Defendants additional time to implement the terms for which sustained compliance has not yet been achieved;

WHEREAS, the Parties agree that all other terms of the settlement shall remain unchanged and in full force and effect; and

Based on the above, THE PARTIES HEREBY STIPULATE as follows:

1. The term of the settlement shall be extended by one (1) year to May 30, 2027.

2. All remaining provisions of the settlement agreement are unchanged and shall remain in full force and effect.

Dated:  May 1, 2026          ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By _____
   Melissa Camacho[1]
   Attorneys for Plaintiffs


Dated:  May 1, 2026          KENDALL BRILL & KELLY LLP

By ___/s/Michael McCarthy___
   Michael McCarthy
   Robert E. Dugdale
   Attorneys for Defendants

_____

[1] As the filer of this Stipulation, I attest that all of the above parties concur in the content of the Stipulation and have authorized its filing.