**MELISSA CAMACHO**, SBN 264024
mcamacho@aclusocal.org
**TIFFANY BAILEY**, SBN 319886
tbailey@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. BOX 811370
Los Angeles, CA, 90081
Telephone No.: (213) 977-5255

**RICHARD DIAZ**, SBN 285459
richard.diaz@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
888 W 6th Street, Ste. 700
Los Angeles, CA 90017
Telephone No.: (213) 213-8127
Facsimile No.: (213) 213-8001

**BENJAMIN GIPSON**, SBN 222830
bengipson@dwt.com
**MATTHEW LADEW**, SBN 318215
mattladew@dwt.com
**JENNIFER YU,** SBN 341606
jenniferyu@dwt.com
Davis Wright Tremaine LLP
350 S. Grand Ave., 27th Floor
Los Angeles, CA 90071
Telephone No.: (213) 633-6800

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PETER JOHNSON, DONALD PETERSON and MICHAEL CURFMAN, ANDRE BUTLER, JOE GONZALEZ, COLUMBUS GRIGSBY, and DERRICK WHITE on behalf of themselves and all others similarly situated,

        Plaintiffs,

      vs.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; LEROY BACA, as Sheriff of the County of Los Angeles, and COUNTY OF LOS ANGELES, a public entity,
        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:08-cv-03515-MWF-Ex

Honorable Michael W. Fitzgerald

**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND THE SETTLEMENT TERM**

[*Stipulation to Extend the Settlement Term filed concurrently herewith*]

Crtm:  5A

1

# [PROPOSED] ORDER

Pursuant to the Stipulation between the Parties herein, the Court hereby orders as follows:

1. The term of the settlement shall be extended by one (1) year to May 30, 2027.

2. All remaining provisions of the settlement agreement are unchanged and shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Michael W. Fitzgerald
United States District Court Judge

2